UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| JOHNSON, KIMBERLY J ) | | Case No. 07-16207-SQU |
| ) | | |
| ) | | Hon. JOHN H. SQUIRES |

**APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO: HONORABLE JOHN H. SQUIRES
BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on September 5, 2007. On January 18, 2008, an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $3,106.00, in compensation for 8.00 hours of services performed for the period May 5, 2008 through present and reimbursement of actual expenses in the amount of $25.79.

3. A description of the nature of the services rendered by the Applicant is as follows:

AUTOMATIC STAY

Cohen and Krol reviewed and appeared in court in reference to Deutsch Bank's motion to modify stay to foreclose interest in Debtor's residence. Motion was brought prior to 341 hearing and Trustee requested additional time to investigate value of property to determine whether equity existed. Cohen and Krol expended 2.70 hours in the activity of Automatic Stay.

PROFESSIONAL EMPLOYMENT

At the time of the Chapter 7 filing, the Debtor was a plaintiff in a pending personal injury action. Cohen & Krol sought and obtained the requisite court orders authorizing the employment of both general counsel to the trustee and special counsel to the trustee. Attorneys for the trustee prepared the requisite affidavits and proposed orders authorizing employment. Cohen & Krol expended 2.80 hours in the activity of Professional Employment.

SETTLEMENT

Once special counsel had reached a fully negotiated settlement of Debtor's personal injury action, Cohen & Krol prepared the required motion seeking authority for the trustee to accept said settlement. The motion also requested that the trustee be authorized to pay special counsel's fees and expenses, Debtor's statutory exemptions and certain medical liens on the file. Cohen & Krol expended 2.50 hours in the activity of Settlement.

4. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GBK2007/GINA B. KROL | 2.70 | 375.00 | 1,012.50 |
| GBK2008/GINA B. KROL | 5.30 | 395.00 | 2,093.50 |

6.   Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7.   Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8.   At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $3,106.00 and reimbursement of actual and necessary expenses of $25.79 for legal services rendered in this case.

                                        RESPECTFULLY SUBMITTED,

Date: February 21, 2011                 /s/ Gina B. Krol


GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

# EXHIBIT A

# JOHNSON, KIMBERLY J
## 07-16207-SQU

| Date | Services Rendered | Time |
| --- | --- | --- |

# EXHIBIT B

## **TRUSTEE EXPENSES**

$ 0.00

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Fees & Expenses Applications | Fees & Expenses Total |
|---|---|---|---|
| Cohen & Krol | $0.00 | $3,131.79 | $3,131.79 |
| TOTALS: | $0.00 | $3,131.79 | $3,131.79 |

**EXHIBIT G**