UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
JOHNSON, KIMBERLY J § Case No. 07-16207 SQU
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF BANKRUPTCY COURT
   KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/08/2011 in Courtroom 4016,
   DuPage County Courthouse
   505 N. County Farm Rd.
   Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/10/2011                 By: CLERK OF BANKRUPTCY COURT


GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
JOHNSON, KIMBERLY J § Case No. 07-16207 SQU
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 72,057.24 |
| and approved disbursements of | $ | 57,600.11 |
| leaving a balance on hand of[1] | $ | 14,457.13 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 6,075.41 | $ 0.00 | $ 6,075.41 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,106.00 | $ 0.00 | $ 3,106.00 |
| Other: International Sureties Ltd. | $ 12.27 | $ 12.27 | $ 0.00 |
| Other: Cohen & Krol | $ 25.79 | $ 0.00 | $ 25.79 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 9,207.20 |
| Remaining Balance | $ 5,249.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,112.64  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital Recovery One | $ 631.69 | $ 0.00 | $ 631.69 |
| 000002 | Portfolio Recovery Associates, LLC. | $ 3,480.95 | $ 0.00 | $ 3,480.95 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,112.64 |
| | Remaining Balance | | | $ 1,137.29 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  4.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 588.29 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 549.00 .

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                        Case No. 07-16207-JHS
Kimberly J. Johnson                                                           Chapter 7
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: dross                  Page 1 of 2                   Date Rcvd: Mar 11, 2011
                               Form ID: pdf006              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2011.
db           +Kimberly J. Johnson,    15 Huntington Cir.,,    Apt 12,    Naperville, IL 60540-6022
aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty          +Robert V Schaller,    Schaller Law Firm,    700 Commerce Drive,    Suite 500,
               Oak Brook, IL 60523-8736
tr           +Gina B Krol,    Cohen & Krol,   105 West Madison St Ste 1100,    Chicago, IL 60602-4600
11592678      Amc Mortgage Services,    505 City Pkwy South # 10,    Orange, CA 92868
11592679     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
11592680     +Best Source Credit Uni,    269 N Telegraph Rd,    Waterford, MI 48328-3326
11592702    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Wash Mutual/Providian,     Po Box 9180,    Pleasanton, CA 94566)
11592683     +Dwngrv Nt Bk,    5140 S Main St,    Downers Grove, IL 60515-4610
11592684     +HSBC Card Services,    PO BOX 17051,    Baltimore, MD 21297-1051
11592687     +Illinois Collection Se,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
11592688     +Illinois Department of Public Aid,    Division of Child Support Enforcem.,
               509 S. 6th Street, 6th Floor,    Springfield, IL 62701-1825
11592689     +Kca Financial Svcs,    628 North St,    Geneva, IL 60134-1356
11592690     +Lord & Taylor,    300 Sheffield Ctr,    Lorain, OH 44055-3129
11592694     +Option One Mortgage Co,    3 Ada Way,    Irvine, CA 92618-2304
12099874    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC.,     c/o Orchard Bank/Non Prime,
               POB 41067,    NORFOLK VA 23541)
11592695     +Portfolio,    120 Corporate Blvd, Ste 100,    Norfolk, VA 23502-4962
11592696     +Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
11592697     +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
11592698      SBC Ameritech,    Bill Payment Center,    Chicago, IL 60663
11592699     +Sst/Columbus Bank&Trus,    Po Box 84024,    Columbus, GA 31908-4024
11592700     +Trs/Cigpflcorp,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
11592701     +Volvo Finance Inc,    1 Paragon Dr,    Montvale, NJ 07645-1765
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12585767     +E-mail/PDF: rmscedi@recoverycorp.com Mar 12 2011 01:43:22     Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11592681     +E-mail/Text: legalcollections@comed.com Mar 11 2011 22:51:41     ComED,    Bill Payment Center,
               Chicago, IL 60668-0001
11592682     +E-mail/Text: collector@dupageco.org Mar 11 2011 22:53:53     Dupage County Tax Collector,
               421 N. County Farm Road,    Wheaton, IL 60187-3992
11592692     +E-mail/Text: bankrup@nicor.com Mar 11 2011 22:49:38     Nicor,    PO BOX 2020,
               Aurora, IL 60507-2020
11592693     +E-mail/Text: bankrup@nicor.com Mar 11 2011 22:49:38     Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
12053275      E-mail/PDF: rmscedi@recoverycorp.com Mar 12 2011 01:43:22
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11979637     +E-mail/PDF: rmscedi@recoverycorp.com Mar 12 2011 01:43:21
               Recovery Management Systems Corporation,    For GE Money Bank,    dba LORD & TAYLOR,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 7
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Mitchell B. Friedman,    Morici, Figlioli & Associates
11592686*    +Hsbc Nv,    Po Box 19360,    Portland, OR 97280-0360
11979930*    +Recovery Management Systems Corporation,    For GE Money Bank,    dba LORD & TAYLOR,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11592685    ##+Hsbc Nv,    Pob 19360,    Portland, OR 97280-0360
11592691    ##+Lord&Taylor,    P.O. B    1628,    Maryland Heigh, MO 63043-0628
                                                                                   TOTALS: 1, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: dross            Page 2 of 2            Date Rcvd: Mar 11, 2011
                               Form ID: pdf006       Total Noticed: 30

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2011**                **Signature:**     *Joseph Speetjens*