UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
JOHNSON, KIMBERLY J § Case No. 07-16207
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/GINA B. KROL_____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kimberly J. Johnson |  |  |  |
| KIMBERLY J JOHNSON |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | AMC Mortgage Services |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DuPage County Collector | | | | | |
| | CONSTITUTION STATE SERVICES | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| MORICI, FIGLIOLI & ASSOCIATES | | | | | |
| MORICI, FIGLIOLI & ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express | | | | | |
| | Best Source Credit | | | | | |
| | Columbus Bank & Trust | | | | | |
| | Com Ed | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Downers Grove National Bank | | | | | |
| | HSBC | | | | | |
| | HSBC | | | | | |
| | HSBC | | | | | |
| | Illinois Collections Good Samartian Hospital | | | | | |
| | KCA Financial Services Noel Blecha DDS | | | | | |
| | Lord & Taylor | | | | | |
| | Nicor | | | | | |
| | Nicor | | | | | |
| | Option One Mortgage | | | | | |
| | RNB - Fields | | | | | |
| | RNB - Fields | | | | | |
| | SBC Ameritech | | | | | |
| | Trs/Cigpf1corp | | | | | |
| | Volvo Finance | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Washington Mutual | | | | | |
| 000001 | CAPITAL RECOVERY ONE | | | | | |
| 000002 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | | | | | |
| | CAPITAL RECOVERY ONE | | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC. | | | | | |
| | JOHNSON, KIMBERLY J | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Case 07-16207 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT Desc Main
Doc 55 Filed 11/28/11 Entered 11/15/11 11:14:46
ASSET CASES
Document Page 8 of 13

Page: 1

Exhibit 8

| Case No: | 07-16207 | SQU Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | JOHNSON, KIMBERLY J | | Date Filed (f) or Converted (c): | 09/05/07 (f) |
| | | | 341(a) Meeting Date: | 10/16/07 |
| For Period Ending: 11/02/11 | | | Claims Bar Date: | 05/05/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 1277 HAVERHILL CIR., NAPERVILLE IL | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. BANK ACCOUNT | 600.00 | 0.00 | DA | 0.00 | FA |
| 4. MISCELLANEOUS HOUSEHOLD GOODS AND FURNISHINGS--EST | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 5. MISCELLANEOUS BOOKS, PICTURES, ETC. | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. WEARING APPAREL | 1,550.00 | 0.00 | DA | 0.00 | FA |
| 7. MISCELLANEOUS ITEMS | 300.00 | 0.00 | DA | 0.00 | FA |
| 8. DEBTOR HAS NO INSURANCE POLICY WITH A CASH VALUE ( | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. NONE | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. 4001 K | 2,600.00 | 0.00 | DA | 0.00 | FA |
| 11. 2001 OLDS ALERO WITH 100,000 PLUS MILES | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 12. PERSONAL INJURY LAWSUIT AGAINST TARGET. DEBTOR'S P | Unknown | 0.00 | | 72,000.00 | FA |
| 13. REFUND | 0.00 | 0.00 | | 30.00 | FA |
| 14. Overpayment (u) | 0.00 | 30.00 | | 30.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 27.38 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $255,100.00 $30.00 $72,087.38 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to reveiw claims and prepare TFR

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 12/31/11

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

LFORM1

Ver: 16.04e

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-16207 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | JOHNSON, KIMBERLY J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4642 BofA - Money Market Account |
| Taxpayer ID No: | *******8827 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/08/08 | 12 | The Hartford<br>P.O. Box 3118<br>Naperville, IL 60566 | PI Settlement | 1142-000 | 72,000.00 | | 72,000.00 |
| 05/29/08 | 000301 | Morici, Figlioli & Associates<br>150 N. Michigan Ave.<br>Suite 1100<br>Chicago, IL 60601 | Special Counsel Fees per Ct. Order | 3210-600 | | 16,000.00 | 56,000.00 |
| 05/29/08 | 000302 | Morici, Figlioli & Associates<br>150 N. Michigan Avenue<br>Suite 1100<br>Chicago, IL 60601 | Special Counsel Expenses per order | 3220-610 | | 2,565.82 | 53,434.18 |
| 05/29/08 | 000303 | Kimberly J. Johnson<br>15 Huntington Circle<br>Apartment 12<br>Naperville, IL 60540 | Exemption | 8100-002 | | 15,000.00 | 38,434.18 |
| 05/29/08 | 000304 | Constitution State Services<br>TPA for Target Corp.<br>P.O. Box 12647<br>Reading, PA 19612-2647 | Workmen's Compensation Lien | 4220-000 | | 24,000.00 | 14,434.18 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 5.88 | | 14,440.06 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.16 | | 14,444.22 |
| 07/08/08 | 13 | Morici, Figlioli & Associates<br>150 N. Michigan Ave.<br>Suite 1100<br>Chicago, IL 60601 | Overpayment of expenses | 1290-000 | 30.00 | | 14,474.22 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.84 | | 14,476.06 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.83 | | 14,477.89 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.79 | | 14,479.68 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.40 | | 14,481.08 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.18 | | 14,482.26 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.74 | | 14,483.00 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,483.12 |

Page Subtotals  72,048.94  57,565.82

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 07-16207 -SQU | | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|---|
| Case Name: | JOHNSON, KIMBERLY J | | Bank Name: | BANK OF AMERICA, N.A. | Exhibit 9 |
| | | | Account Number / CD #: | *******4642 BofA - Money Market Account | |
| Taxpayer ID No: | *******8827 | | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/17/09 | 000305 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 11.28 | 14,471.84 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 14,471.95 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,472.08 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 14,472.40 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,472.76 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,473.12 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,473.49 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,473.86 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,474.22 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,474.59 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,474.95 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,475.32 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,475.69 |
| 02/09/10 | 000306 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 10.74 | 14,464.95 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 14,465.28 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,465.65 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,466.01 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,466.37 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,466.73 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,467.10 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,467.47 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,467.83 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,468.19 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 14,468.55 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,468.92 |

Page Subtotals    7.82    22.02

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-16207 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | JOHNSON, KIMBERLY J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4642 BofA - Money Market Account |
| Taxpayer ID No: | *******8827 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,469.29 |
| 02/07/11 | 000307 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 12.27 | 14,457.02 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 14,457.13 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,457.25 |
| 04/07/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 14,457.27 |
| 04/07/11 | | Transfer to Acct #*******3934 | Final Posting Transfer | 9999-000 | | 14,457.27 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 72,057.38 | 72,057.38 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 14,457.27 | |
| Subtotal | 72,057.38 | 57,600.11 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 72,057.38 | 42,600.11 | |

Page Subtotals 0.62 14,469.54

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 16.04e

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-16207 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | JOHNSON, KIMBERLY J | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3934 BofA - Checking Account |
| Taxpayer ID No: | *******8827 | | |
| For Period Ending: | 11/02/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/07/11 | | Transfer from Acct #*******4642 | Transfer In From MMA Account | 9999-000 | 14,457.27 | | 14,457.27 |
| 04/07/11 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 6,075.41 | 8,381.86 |
| 04/07/11 | 003002 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3110-000 | | 2,049.96 | 6,331.90 |
| 04/07/11 | 003003 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Attorneys Expenses per Court Order | 3120-000 | | 25.79 | 6,306.11 |
| 04/07/11 | 003004 | Gina B. Krol | Attorneys Fees per Court Order | 3110-000 | | 1,056.04 | 5,250.07 |
| 04/07/11 | 003005 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Claim 000001, Payment 112.62170% | | | 711.42 | 4,538.65 |
| | | | Claim       631.69 | 7100-900 | | | |
| | | | Interest       79.73 | 7990-000 | | | |
| 04/07/11 | 003006 | Portfolio Recovery Associates, LLC.<br>c/o Orchard Bank/Non Prime<br>POB 41067<br>NORFOLK VA 23541 | Claim 000002, Payment 112.62270% | | | 3,920.34 | 618.31 |
| | | | Claim     3,480.95 | 7100-900 | | | |
| | | | Interest      439.39 | 7990-000 | | | |
| 04/07/11 | 003007 | KIMBERLY J JOHNSON<br>1277 HAVERHILL CIR<br>NAPERVILLE, IL 60563-3435 | Surplus Funds | | | 618.31 | 0.00 |
| | | | Claim       549.00 | 8200-002 | | | |
| | | | Interest       69.31 | 7990-000 | | | |

| | | | | Page Subtotals | 14,457.27 | 14,457.27 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.04e

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-16207 -SQU |
| Case Name: | JOHNSON, KIMBERLY J |
| Taxpayer ID No: | *******8827 |
| For Period Ending: | 11/02/11 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3934  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 14,457.27 | 14,457.27 | 0.00 |
| Less:  Bank Transfers/CD's | 14,457.27 | 0.00 | |
| Subtotal | 0.00 | 14,457.27 | |
| Less:  Payments to Debtors | | 618.31 | |
| Net | 0.00 | 13,838.96 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********4642 | 72,057.38 | 42,600.11 | 0.00 |
| BofA - Checking Account - ********3934 | 0.00 | 13,838.96 | 0.00 |
| | 72,057.38 | 56,439.07 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00